UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
May 2, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MOHAMMAD SHAHBAZ KHAN, )<br>)<br>Defendant. ) | CASE NUMBER: 2:12-mj-00108 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Mohammad Shahbaz Khan; Case 2:12-mj-00108 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $100,000.00

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  5/2/2012  at  2:55 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge