UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
May 2, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MOHAMMAD SHAHBAZ KHAN, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00108 KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Mohammad Shahbaz Khan; Case 2:12-mj-00108 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___ Release on Personal Recognizance

  ___ Bail Posted in the Sum of _____

  _X_ Unsecured Appearance Bond in the amount of $100,000.00

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond secured by Real Property

  ___ Corporate Surety Bail Bond

  _X_ (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 5/2/2012 at 2:55 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge